# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEON JAMES SWETT,<br><br>   Plaintiff,<br> v.<br><br>ALASKA NATIVE MEDICAL CENTER, *et al.*,<br><br>   Defendants. | Case No. 3:24-cv-00086-SLG |

## ORDER OF DISMISSAL

On October 21, 2024, the Court issued a Screening Order dismissing Plaintiff Leon James Swett's Complaint at Docket 1 and according him 60 days to file either a first amended complaint or a notice of voluntary dismissal. The order also gave Plaintiff notice that the case may be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) without further notice to Plaintiff if nothing was filed by that deadline. To date, nothing has been filed. Accordingly, this action is DISMISSED. The Clerk of Court is directed to enter a final judgment and close this case.

DATED this 6th day of January, 2025, at Anchorage, Alaska.

              */s/ Sharon L. Gleason*
              UNITED STATES DISTRICT JUDGE